# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN DAVID FOLLETT, ) | 3:16-CV-0429-RCJ (VPC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | July 12, 2017 |
| ) | |
| ROMEO ARANAS, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's voluntary withdrawal of motion for order for medical accommodations for status conference (ECF No. 19) is **GRANTED**. Plaintiff's motion for order for medical accommodations (ECF No. 18) is hereby deemed **WITHDRAWN**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>    /s/    </u>
Deputy Clerk