1   ADAM PAUL LAXALT
      Attorney General
2   JAMES N. BOLOTIN
      Deputy Attorney General, Bar #13829
3   State of Nevada
    Bureau of Litigation
4   Public Safety Division
    100 N. Carson Street
5   Carson City, NV 89701-4717
    Tel: (775) 684-1159
6   E-mail: jbolotin@ag.nv.gov

7   *Attorneys for Defendants*

8                   UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10

11  SEAN DAVID FOLLETT,                      Case No. 3:16-cv-00429-RCJ-VPC

12                       Plaintiff,
                                             STIPULATION AND ORDER FOR
13  vs.                                      DISMISSAL WITH PREJUDICE

14  ROMEO ARANAS, et al.,

15                       Defendant.

16       Plaintiff, Sean David Follett, in *pro se*, and Defendants, Romeo Aranas, Isidro Baca, John

17  Keast, Theresa Wickham, Candis Brockway, and Karin Noll, through counsel, Adam Paul Laxalt,

18  Attorney General of the State of Nevada, and James Bolotin, Deputy Attorney General, upon a

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1

1  Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each

2  party to bear their own attorney's fees and costs.

3

4  DATED this _18_ day of _Decem_ 2017.          DATED this _20_ day of _December_ 2017.

5  Sean David Follett, *pro se*                  OFFICE OF THE ATTORNEY GENERAL

6

7

8  By: _Sean D. Follett_                          By: _James Bolotin_
   Sean David Follett #95748                      James N. Bolotin, SBN 13829
9  Northern Nevada Correctional Center            100 N. Carson Street
   P.O. Box 7000                                  Carson City, NV 89701
10 Carson City, NV  89702                         (775) 684-1159
   Plaintiff, in *pro se*                         jbolotin@ag.nv.gov
11                                                Attorneys for Defendants

12

13 APPROVED AND SO ORDERED:

14 Dated: _12-21-2017_

15                          _____United States District Judge_

16

17

18

19

20

21

22

23

24

25

26

27

28